JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

ATTACHMENT A

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Benjamin Valdez

**(b)** County of Residence of First Listed Plaintiff: Denver County, CO
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Bruce G. Smith
Darling Milligan Smith & Lesch, PC
1337 17th Street, Ste. 800, Denver, CO 80202
(303) 623-9133

### DEFENDANTS
Apollo Group, Inc., an Arizona Corporation, Insight Schools, Inc., an Oregon corporation, d/b/a Insight School of Colorado and Insight School Colorado at Julesburg, now a subsidiary of Iowa College Acquisition Corp., a Delaware corporation, in turn a subsidiary of Kaplan Higher Education Corporation, a Delaware corporation

County of Residence of First Listed Defendant: Maricopa County, AZ
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
James Dennis Kilroy
Snell & Wilmer, LLP
1200 17th St., Ste. 1900, Denver, CO 80202
Telephone: (303) 634-2005

Margaret Parnell Hogan
Allison Cohn
Littler, Mendelson, P.C.
1200 17th Street, Suite 1000, Denver, CO 80202
Telephone: (303) 629-6200

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 660 Occupational Safety/Health |  | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 690 Other | **LABOR** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | **PERSONAL INJURY** / **PERSONAL PROPERTY** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [X] 360 Other Personal Injury | [ ] 362 Personal Injury - Med. Malpractice | [ ] 710 Fair Labor Standards Act | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability |  | [ ] 365 Personal Injury - Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 861 HIA (1395ff) |
| [ ] 196 Franchise |  | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | [ ] 370 Other Fraud | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 371 Truth in Lending | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 385 Property Damage Product Liability | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** |
| [ ] 240 Torts to Land | [ ] 444 Welfare | **PRISONER PETITIONS** | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 510 Motions to Vacate Sentence | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Habeas Corpus:** | [ ] 462 Naturalization Application |  |
|  | [ ] 440 Other Civil Rights | [ ] 530 General | [ ] 463 Habeas Corpus - Alien Detainee | [ ] 892 Economic Stabilization Act |
|  |  | [ ] 535 Death Penalty | [ ] 465 Other Immigration Actions | [ ] 893 Environmental Matters |
|  |  | [ ] 540 Mandamus & Other |  | [ ] 894 Energy Allocation Act |
|  |  | [ ] 550 Civil Rights |  | [ ] 895 Freedom of Information Act |
|  |  | [ ] 555 Prison Condition |  | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
|  |  |  |  | [ ] 950 Constitutionality of State Statutes |
|  |  |  |  | [ ] 891 Agricultural Acts |

### V. ORIGIN (Place an "X" in One Box Only)

American LegalNet, Inc.
www.FormsWorkflow.com

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgement |

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 28 U.S.C. 1332 |
|---|---|
| | Brief description of cause: Wrongful termination in violation of public policy; breach of contract |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $>100,000.00 | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|
| DATE 9/21/11 | SIGNATURE OF ATTORNEY OF RECORD s/Allison R. Cohn | | |

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

American LegalNet, Inc.
www.FormsWorkflow.com