IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  11-cv-02483-RPM

BENJAMIN VALDEZ,

      Plaintiff,

v.

APOLLO GROUP, INC., an Arizona corporation,
INSIGHT SCHOOLS, INC., an Oregon corporation
d/b/a Insight School of Colorado and Insight School Colorado at Julesburg,
now a subsidiary of Iowa College Acquisition Corp., a Delaware corporation,
in turn a subsidiary of Kaplan Higher Education Corporation, a Delaware corporation,

_____

ORDER DENYING MOTION TO REMAND
_____

On September 21, 2011, defendants Insight Schools, Inc. and Insight School Colorado at

Julesburg filed a notice of removal based on diversity jurisdiction under 28 U.S.C.§ 1332.  The notice

included a notice of consent by Apollo Group Inc.  Thus all defendants have  removed this civil action.

The plaintiff filed a motion to remand on October 7, 2011, asserting that the defendants have failed to

establish the amount in controversy as exceeding $75,000.00 dollars.  The defendants filed their

opposition on October 31, 2011.  The plaintiff's motion to remand equivocates and does not explicitly

concede that the plaintiff is not seeking more than $75,000.00 dollars in this case.  Accordingly, it is

      ORDERED that the motion to remand is denied.

      DATED: November 1st , 2011

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____

                                       Richard P. Matsch, Senior District Judge