IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02483-RPM

BENJAMIN VALDEZ,

    Plaintiff,

v.

APOLLO GROUP, INC., an Arizona corporation,
INSIGHT SCHOOLS, INC., an Oregon corporation
d/b/a Insight School of Colorado and Insight School Colorado at Julesburg,
now a subsidiary of Iowa College Acquisition Corp., a Delaware corporation,
in turn a subsidiary of Kaplan Higher Education Corporation, a Delaware corporation,

    Defendants.
_____

### ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    Upon review of Plaintiff's Unopposed Motion to Amend Complaint [13] filed November 18, 2011, it is

    ORDERED that the motion is granted and the amended complaint attached thereto is accepted for filing.

    DATED: November 21st, 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge