IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  11-cv-02483-RPM

BENJAMIN VALDEZ,

    Plaintiff,

v.

APOLLO GROUP, INC., an Arizona corporation,
INSIGHT SCHOOLS, INC., an Oregon corporation
d/b/a Insight School of Colorado and Insight School Colorado at Julesburg,
now a subsidiary of Iowa College Acquisition Corp., a Delaware corporation,
in turn a subsidiary of Kaplan Higher Education Corporation, a Delaware corporation,

    Defendants.

_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to The Stipulation of Dismissal with Prejudice, filed July 19, 2012 [37], it is

    ORDERED that this civil action is dismissed with prejudice with each party to pay his and its own costs and fees.

    DATED:   July 20th, 2012

                                            BY THE COURT:

                                           s/ Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge